# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lourie, Alan D. | U.S. Court of Appeals for the Federal Circuit | 04/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Howard T. Markey National Courts Building
717 Madison Place NW
Washington, D.C. 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/6/90 | GlaxoSmithKline Corp., successor to former employer, provides pension and retiree group health and life insurance |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | GlaxoSmithKline pension | $88,273.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston Patentl Law Association | June 1-2, 2016 | Boston, Mass. | Annual dinner for the judiciary | Reimbursement for airfare, hotel, and dinner for wife and me |
| 2. | Harvard Law School | October 26-27, 2016 | Cambridge, Mass. | Participation in Intellectual Property Law conference | Reimbursement for airfare, hotel, and dinner |
| 3. | American Intellectual Property Law Assoc. | October 28, 2016 | Washington, DC | Reception of award for excellence | Dinner, including for wife and children |
| 4. | Fed Circuit Bar Association | November 18, 2016 | Washington, D.C. | Attendance at annual dinner | Dinner for wife and me. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 04/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 04/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Tx Exempt Money Mkt Fund 1 | A | Dividend | M | T | Sold (part) | 01/26/16 | M | A | |
| 2. Vanguard Tax Exempt Money Mkt Fund 2 | A | Dividend | M | T | Buy (add'l) | 11/08/16 | J | | |
| 3. Vanguard ST Inv Gr Bond Fund (IRA) | C | Dividend | M | T | Sold (part) | 11/08/16 | J | | see VIII |
| 4. Vanguard 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 5. Vanguard Extended Mkt Index Fund | D | Dividend | O | T | | | | | |
| 6. Vanguard Global Equity Fund | C | Dividend | M | T | | | | | |
| 7. Vanguard Internat Explorer Fund | D | Dividend | M | T | | | | | |
| 8. Vanguard European Fund | C | Dividend | M | T | | | | | |
| 9. Vanguard ST Tax Exempt Fund 1 | B | Dividend | L | T | | | | | |
| 10. Vanguard ST Tax Exempt Fund 2 | C | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund | E | Dividend | O | T | | | | | |
| 12. Vanguard Prime Cap Core Fund | D | Dividend | N | T | | | | | |
| 13. Vanguard Limited Term Tax Exempt Fund 1 | D | Dividend | N | T | | | | | |
| 14. Vanguard Limited Term Tax Exempt Fund 2 | E | Dividend | P1 | T | | | | | |
| 15. Vanguard IM Tax Exempt Fund | D | Dividend | O | T | Buy (add'l) | 06/16/16 | L | | |
| 16. Vanguard High Yield Corp Fund | C | Dividend | M | T | Buy (add'l) | 01/26/16 | M | | |
| 17. PNC Bank checking account | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 04/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T Rowe Price Short Term Bond Fund (IRA) | D | Dividend | N | T | Sold (part) | 11/07/16 | L | | see VIII |
| 19. T Rowe Price High Yield Fund (IRA) | E | Dividend | N | T | | | | | |
| 20. T Rowe Price New Horizons Fund (IRA) | | None | | | Sold | 07/18/16 | N | | see VIII |
| 21. T Rowe Price Tax Free Short-IM Fund | E | Dividend | | | Buy (add'l) | 11/07/16 | L | | |
| 22. T Rowe Price Tax Free Short-IM Fund | E | Dividend | | | Sold | 12/16/16 | P1 | A | |
| 23. T Rowe Price GNMA Fund (IRA) | D | Dividend | N | T | | | | | |
| 24. Sequoia Fund | | None | | | Sold | 05/31/16 | L | E | |
| 25. T Rowe Price Tax Free High Yield Fund (IRA) | A | Dividend | M | T | Buy | 12/16/16 | M | | |
| 26. T Rowe Price Tax Free Money Market Fund | A | Dividend | O | T | Buy | 12/16/16 | O | | |
| 27. T Rowe Price Corporate Income Fund (IRA) | C | Dividend | N | T | Buy | 07/18/16 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 04/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 3, 18, and 20 in Part VII, as before, do not provide gains in D4 because they were withdrawals from IRAs so there was no recognized or calculable gain.

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 04/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alan D. Lourie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544